RICHARD SUYDAM AND DANIEL JACKSON *versus* JOSEPH LORANGER AND ROSALIE LORANGER.

JOURNAL ENTRIES (1834): *Journal 5:* (1) Demurrer withdrawn, leave given to plead or answer *p. 31; (2) bill taken as confessed, referred to master *p. 49; (3) motion to confirm master's report *p. 57; (4) master's report confirmed, decree *p. 59.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) demurrer; (5) master's report of amount due; (6) final decree signed by two of the judges; (7) money bond—Joseph Loranger to Richard Suydam and Daniel Jackson; (8) deed of mortgage—Joseph Loranger and Rosalie Loranger to Richard Suydam and Daniel Jackson.
*Chancery Case* 159 of 1833.

JAMES LYON *versus* JOHN HALE AND FELICITE HALE.

JOURNAL ENTRIES (1834–36): *Journal 5:* (1) Demurrer withdrawn, rule to plead or answer *p. 32; (2) time for plea or answer extended *p. 39; (3) plea overruled, rule to answer *p. 61; (4) motion for decree pro confesso *p. 62; (5) bill taken as confessed, referred to master *p. 70; (6) motion to confirm master's report and for decree *p. 74; (7) master's report confirmed, rule for decree *p. 75; (8) decree *p. 76; (9) motion for reference to master *p. 134; (10) referred to master *p. 141; (11) filing and enrolling of decree suspended *p. 145.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) demurrer to bill of complaint; (5) plea; (6) master's report of amount due; (7) decree signed by two of the judges; (8) motion for further reference to master; (9) master's report of amount due; (10) petition for further reference to master; (11) draft of order of reference; (12) printer's bill.
*Chancery Case* 160 of 1833.

JOHN R. FARNSWORTH *versus* LEVI WATKINS AND MARTIN C. WATKINS.

JOURNAL ENTRIES (1834): *Journal 5:* (1) Bill of complaint withdrawn *p. 32.
PAPERS IN FILE: (1) Bill of complaint, order for injunction; (2) writ of injunction and return; (3) writ of subpoena and return.
*Chancery Case* 162 of 1833.

LYDIA COOK, ADMINISTRATRIX, ETC., OF ORVILLE COOK, DECEASED, *versus* JOEL THOMAS AND CATHERINE THOMAS.

JOURNAL ENTRIES (1834–35): *Journal 5:* (1) Death suggested *p. 32; (2) suit revived, notice ordered served *p. 34; (3) motion to overrule demurrer; for rule to plead, answer, or demur; for decree pro confesso *p. 49; (4) death suggested, demurrer overruled, rule to plead or answer *p. 56; (5) motion for decree pro confesso *p. 62; (6) bill taken as confessed, referred to master *p. 70; (7) motion to confirm master's report and for decree *p. 74; (8) master's report confirmed, rule for decree *p. 75; (9) decree *p. 79.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) demurrer to bill of complaint; (5) copy of order of revivor, proof of service; (6) copy of order of reference; (7) master's report of amount due; (8) decree signed by two of the judges, assignment of decree; (9) copy of mortgage—Thomas et ux to Orville Cook.
*Chancery Case* 163 of 1833.